UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **BRADY BENNETT,** | ) Case No.: |
| Plaintiff. | ) 1:21-cv-00148-LY |
| v. | ) |
| **J&C ENERGY ENTERPRISES LLC d/b/a ENERGY SOLUTIONS DIRECT SOLAR LLC,** | ) |
| **Defendant.** | ) |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 13, 2021        By: */s/ Amy L. B. Ginsburg*
                                                Amy L. B. Ginsburg, Esquire
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**Robert M. O'Boyle**
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701
(512) 499-3600
Fax: (512) 499-3660
Email: roboyle@clarkhill.com
Attorney for Defendant


Dated: May 13, 2021                By: */s/ Amy L. B. Ginsburg*
                                       Amy L. B. Ginsburg, Esquire
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Pike
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Fax: (877) 788-2864
                                       Email: aginsburg@creditlaw.com