IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 JUL 13 PM 1 55
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT
BY _____

| | | |
|---|---|---|
| BRADY BENNETT, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:21-CV-148-LY |
| J&C ENERGY ENTERPRISES, LLC | § | |
| D/B/A ENERGY SOLUTIONS DIRECT | § | |
| SOLAR LLC, | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On July 12, 2021, the parties

filed a Stipulation of Dismissal With Prejudice (Doc. #15) which the court has reviewed and now

approves. Accordingly,

   **IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____13th_____ day of July, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE